UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

SEP 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF ) | B-0 2-0 2 5 |
| ) | |
| THE EXTRADITION OF ) | MAG. No. B-02-1509-m |
| ) | |
| JESUS VENEGAS PALOMARES ) | MISCELLANEOUS |

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. §3184)

I, RICARDO LARA, Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter I act for and on behalf of the Government of the United Mexican States (MEXICO);

2. There is an Extradition Treaty and Appendix in force between the United States and the United Mexican States, 31 U.S.T. §5059, as amended by Protocol effective January 25, 1980;

3. The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents;

4. In accordance with Article 11 of the Treaty, the Government of MEXICO has asked the United States through diplomatic

channels for the provisional arrest of

>    Name: **Juan Venegas Palomares**
>
>    Date of Birth: 12 June 1961
>
>    Immigration Number: A37-725-307
>
>    Social Security Number: 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

with a view towards his extradition;

5. According to the information provided by the requesting state in the form authorized by the Treaty, JUAN VENEGAS PALOMARES has been charged with the offense of Homicide against Esther Carrisales Sierra, in violation of Article 302, paragraph I and Article 319, of the Penal Code for the State of Tamaulipas, committed within the jurisdiction of Tamaulipas, Mexico. More specifically, on February 19, 1992, JESUS VENEGAS PALOMARES, assaulted the victim, Esther Carrisales Sierra, by beating and strangling her, resulting in her death on February 19, 1992. A warrant for the arrest of JESUS VENEGAS PALOMARES was issued by the First Instance Penal Judge in the Fifth Judicial District in the

state of Tamaulipas, for his alleged perpetration of the crime of homicide against Esther Carrisales Sierra, in violation of Article 302, paragraph I and Article 319, of the Penal Code for the State of Tamaulipas. A true and exact copy of the diplomatic note form the Mexican ambassador requesting the fugitive arrest for homicide be made, pursuant to the Treaty, is attached as Exhibit 1. Additionally, attached as Exhibit 2, is a copy of the Treaty.

6. The crime of homicide is punishable under the laws of the United States of America and the Mexican United States by a period of incarceration greater than one year.

7. The arrest warrant for homicide was issued on the basis of the following facts based on the declaration of Rosa Gloria Castillo Sanchez, and corroborated by additional declarations of Norberto Lucio Gracia, and other witnesses with knowledge, which additional declarations, now in Spanish, will be translated and presented as part of the formal extradition proceedings. The facts are as follows:

a. On February 19, 1992, at the home located at Calle Segunda

and Calle Teran, in the city of Matamoros, Tamaulipas, the accused, JESUS VENEGAS PALOMARES, after having consumed alcoholic beverages and drugs first argued with then beat and strangled to death the victim, Esther Carrisales Sierra, later disposing of the body in a vacant plot of land or ejido called El Lugarena, in the outskirts of the city of Matamoros, Tamaulipas.

b. The investigation conducted by the Office of the Attorney General in the State of Tamaulipas, further revealed that Rosa Gloria Castillo Sanchez and Norberto Lucio Gracia, on February 19, 1992, went to a cantina, called the Cubanita, along with the accused JESUS VENEGAS PALOMARES. At the establishment they met Esther Carrisales Sierra, who later agreed to go for a ride with the three others in a vehicles owned by Norberto Lucio Gracia.

c. The four individuals proceeded to the residence of Guadalupe Tudan Cantu, located at Calle Segunda and Calle Teran, in Matamoros, Tamaulipas, where they began to consume alcoholic beverages and cocaine.

d. Later that afternoon, the victim, Esther Carrisales

Sierra, and JESUS VENEGAS PALOMARES began to argue. The investigation revealed that during that time, JESUS VENEGAS PALOMARES struck the victim on several occasions. Rosa Gloria Castillo Sanchez went upstairs to the bedroom where Esther Carrisales Sierra and JESUS VENEGAS PALOMARES were, and confronted VENEGAS PALOMARES regarding his actions toward Esther Carrisales Sierra. The accused VENEGAS PALOMARES, instructed her to shut up and that, if she said anything, he would kill her. At that point Rosa Gloria Castillo Sanchez left the bedroom.

e. Later, after JESUS VENEGAS PALOMARES left the bedroom, Rosas Gloria Castillo Sanchez went inside and found Esther Carrisales Sierra unconscious. Efforts to revive her were unsuccessful.

f. Rosa Gloria Castillo Sanchez further stated that on the morning of the 19th of February, 1992, when she was inside the pick-up truck belonging to Norberto Lucio Gracia, she noticed that Guadalupe Tudan Cantu placed the body of Esther Carrisales Sierra inside the trunk of a grey-colored vehicle and left, accompanied by

5

JESUS VENEGAS PALOMARES, who was driving a Suburban.

g.  The expert's examination report, conducted on the body of the victim, Esther Carrisales Sierra, by the medical examiner at the Office of the Attorney General in the State of Tamaulipas, determined that the victim died of anoxemia due to strangulation.

h.  JESUS VENEGAS PALOMARES was arrested on unrelated charges by members of the Police Department in Los Fresnos, Texas and detained.

i.  When Deputy U.S. Marshals learned of the detention of JESUS VENEGAS PALOMARES and with knowledge that there was an outstanding warrant issued by Mexico for his arrest for homicide and that the Ambassador from Mexico was making a request for provisional arrest of JESUS VENEGAS PALOMARES, the U.S. Marshals immediately commenced making arrangements to take him into custody.

8.  The offense with which JESUS VENEGAS PALOMARES is charged is provided for in Article 2, of the extradition treaty cited above;

9.  JESUS VENEGAS PALOMARES may be found within the

jurisdiction of this court at 200 North Brazil Street, Los Fresnos Police Department, in the city of Los Fresnos, Texas.

10. The requesting Mexican United States has represented that it will submit a formal request for extradition, supported by the documents specified in the treaty, within 60 days, which is the time required under the treaty;

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the afore named JESUS VENEGAS PALOMARES be issued in accordance with Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and MEXICO.

_____
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 30th day of September, 2002, at Brownsville, Texas

_____
United States Magistrate/Judge