UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

SEP 3 0 2002

Michael N. Milby
Clerk of Court

IN THE MATTER OF )
)
THE EXTRADITION OF )   MAG. No. B-02-1509-M
)
JESUS VENEGAS PALOMARES )   B-02-025
)
ORDER   **MISCELLANEOUS**

BEFORE ME, a United States Magistrate Judge Felix Recio for the Southern District of Texas, personally appeared Ricardo Lara, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. §3184 sets forth facts on the basis of which I find probable cause to believe that JESUS VENEGAS PALOMARES should be apprehended and brought before this Court of the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of JESUS VENEGAS PALOMARES be issued.

_____
United States Magistrate Judge

Date: 9-30-02

8