# MAGISTRATE COURTROOM MINUTES

The Honorable Magistrate John Wm. Black, Presiding
Deputy Clerk: Linda Garcia
ERO: Rita Nieto
USPO: A. Del Angel
Interpreter: Karen Pena
DUSM: Mary Bottomly

Open: 2:29          Adjourn: 2:31          Date: 10/15/02
                                          **Case Number: 1:02mc025**

United States District Court
Southern District of Texas
FILED
OCT 1 5 2002
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA          AUSA: Elena Salinas
V.
Jesus Venegas Palomares           ~~APPEARED~~
Arrested 10/11/02

---

## INITIAL APPEARANCE

☒ Defendant's First Appearance; Advised of charges and rights
☒ Defendant requests appointed counsel.
☒ Defendant examined re: Financial Affidavit and filed.
☒ Defendant held without bond. Detention Hearing set for 10/18/02 at 10:30 a.m. before Judge Black.
   ~~Arraignment set for~~
☒ Federal Public Defender appointed to represent the Defendant.