# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
OCT 15 2002
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

v.

Jesus Venegas Palomares
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 1:02 mc 025

Upon motion of the __U. S. Government__, it is ORDERED that a detention hearing is set for __10/18/02__ * at __10:30 a.m.__
                                        *Date*                              *Time*

before __John Wm. Black, U. S. Magistrate Judge__
       *Name of Judicial Officer*

__600 E. Harrison St., 2nd floor, Courtroom #2, Brownsville, Texas__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

__October 15, 2002__
*Date*

*Judicial Officer* John Wm. Black
U. S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.