# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.

JESUS VENEGAS PALOMARES
(In Custody Los Fresnos P.D.)

PROVISIONAL ARREST
WARRANT ~~FOR ARREST~~

MISC-B-02-25

CASE NUMBER: B-02-1509-M

18 OCT '00
10:30 P.M.

FILE COPY

02 SEP 30 AM 8:36
BROWNSVILLE, TX.
RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JESUS VENEGAS PALOMARES___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a fugitive of Mexico, which has sought provisional arrest with a view towards extradition to answer a charge of homicide (murder), pursuant to the extradition treaty between the United States and Mexico, and Title 18 United States Code, Section 3184

in violation of Title _____ United States Code, Section(s) _____

FELIX RECIO
Name of Issuing Officer

[signature]
Signature of Issuing Officer

~~(By) Deputy Clerk~~

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

SEPTEMBER 30, 2002, BROWNSVILLE TEXAS
Date and Location

Bail fixed at $ __NONE__     by [signature]
                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at __the Cameron Co Jail (custody by detainer), Brownsville, Texas__ |||
| DATE RECEIVED 09-30-02 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10-11-02 | MARY BOTTOMLY, DUSM | [signature] Mary Bottomly |