## MAGISTRATE COURTROOM MINUTES



The Honorable Magistrate John Wm. Black, Presiding  
Deputy Clerk: Linda Garcia  
ERO: Rita Nieto  
USPO: Adolph Betancourt  
Interpreter: Karen Pena  
DUSM: Robert Aguilar  
Open: 11:07     Adjourn: 11:11

United States District Court  
Southern District of Texas  
FILED  
OCT 1 8 2002  
Michael N. Milby  
Clerk of Court

Date: 10/18/02  
**Case Number: 1:02mc025**

UNITED STATES OF AMERICA  
V.  
Jesus Venegas Palomares  
Arrested

AUSA: Oscar Ponce

Hector Casas APD/APPTD

_____ Detention _____ HEARING

Defendant(s) appeared in person and with counsel.

☒ OTHER PROCEEDINGS: Detention Hearing held. After discussion and review of PSA, the Court resets the Detention Hearing to 10/21/02 at 2:00 p.m.

Defendant(s) is/are remanded to the custody of the U.S. Marshal.