## MAGISTRATE COURTROOM MINUTES

The Honorable Magistrate John Wm. Black, Presiding
Deputy Clerk: Linda Garcia
ERO: Gabriel Mendieta
USPO:
Interpreter: Julio Galvan
DUSM: Brandon Ratliff

Open: 2:11            Adjourn: 2:13

United States District Court
Southern District of Texas
FILED
OCT 2 1 2002
Michael N. Milby
Clerk of Court

Date: 10/21/02
Case Number: 1:02mc025

UNITED STATES OF AMERICA
V.
Jesus Venegas Palomares
Arrested 10/11/02

AUSA: Rick Lara

Hector Casas APD/APPTD

_____ Detention _____
HEARING

Defendant(s) appeared in person and with counsel.

☒ OTHER PROCEEDINGS: Detention matter addressed. After further discussion and the fact of derivative citizenship, the Court set a USD25,000 unsecured bond.

Defendant(s) is/are remanded to the custody of the U.S. Marshal.