IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V.

JESUS VENEGAS PALOMARES

B-02-MC-025

(MAG. NO. B-02-1509-M)

## MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO MODIFY TERMS OF BOND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, defendant JESUS VENEGAS PALOMARES, herein by and through his attorney of record, Assistant Federal Public Defender Hector A. Casas and hereby files this motion to dismiss or in the alternative motion to modify terms of his unsecured bond and for good cause would show as follows:

I.

Defendant is the subject of a request by the Mexican government for extradition. The sworn papers filed in this Court on September 30, 2002, allege that defendant physically assaulted and killed another individual in Mexico in February 1992 (see, Complaint for Provisional Arrest with a View Toward Extradition, paragraphs 5, 7a, 7b, and 7f).

II.

On October 18, 2002, a detention hearing was held. At that hearing, defendant proffered evidence that at the time of the alleged murder, defendant was in custody of the Texas Department of Corrections.

III.

The Court ordered a second hearing on October 21, 2002. The United States Government confirmed the date of death as February 2002, but also confirmed that defendant was in custody at that time from April 2, 1990 through September 15, 1992. See Exhibit 1.

IV.

The Court then set a $25,000.00 unsecured bond. Defendant made bond only to find out that as a result of this arrest, he had been fired from his job as a truck/delivery driver. Defendant has been offered employment in the Houston area, but the current bond restrictions preclude him from taking that job.

V.

Defendant prays that this matter be dismissed or in the alternative that the current travel restrictions be modified as requested.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

By: _____
HECTOR A. CASAS
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar No. 03953710
Southern District of Texas No. 6816
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax: (956) 548-2574

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2002, a copy of the foregoing Motion to Dismiss Indictment of the defendant JESUS VENEGAS PALOMARES was hand delivered to Rick Lara, U.S. Attorney's Office, 600 E. Harrison Street, #201, Brownsville, Texas.

_____
HECTOR A. CASAS
Assistant Federal Public Defender

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney, Mr. Rick Lara, and he has advised that the government does not oppose the modification of terms of bond but does oppose a dismissal in this case.

_____
HECTOR A. CASAS
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **B-02-MC-025** |
| **V.** | * | **(MAG. NO. B-02-1509-M)** |
| | * | |
| **JESUS VENEGAS-PALOMARES** | * | |

## ORDER

Having considered the Motion to Dismiss filed by defendant, **JESUS VENEGAS PALOMARES**, the Court is hereby of the opinion that said motion should be **GRANTED/DENIED.**

_____
JUDGE PRESIDING



Texas Department of Criminal Justice

Gary L. Johnson
Executive Director

October 21, 2002

U.S. Marshal's Service
Ed Garcia
600 E. Harrison Street
Room 1032
Brownsville, Texas 78520

**RE: Venegas, Jesus Palomares**          **TDCJ# 1113021**

Dear Sir or Madam:

The files of this agency have been reviewed concerning offender Jesus Palomares Venegas, TDCJJ# 542298, pursuant to your request.

The inmate was admitted to custody on 4-2-90, with credit allowed from 6-25-89, on a 5-year sentence from Hidalgo County, charged with Aggravated Assault with a Deadly Weapon (1) by the 206th District Court under Cause# CR-1060-89-D. The inmate is charged for an offense occurring on 6-25-89, with sentencing on 11-15-89. The offense is identified as not eligible for mandatory supervision release by statute and is subject to flat calculated parole eligibility status only by statute. The inmate was released from custody by parole on 9-15-92 to Hidalgo County.

The subject inmate was returned to custody of Hidalgo County with credit allowed from 6-1-93, without new charged, in violation of parole. At the point of readmission, the prisoner was charged as out of custody for a period of 8-months and 16-days for an unsatisfactory term of parole. The inmate was additionally penalized for the violation of parole by the permanent forfeiture of prior earned good time credits as provided by statute and agency policy.

The subject discharged-in-absentia on 3-12-95 from Hidalgo County without further obligation.

Sincerely,

CHARLEY VALDEZ
Administrative Assistant
to the State Classification Committee
(936) 437-8748

CV/kmw
cc: file

**DEFENDANT'S EXHIBIT 1**

P.O. Box 99
Huntsville, Texas 77342-0099
www.tdcj.state.tx.us

OCT 21 2002 13:20