# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs | *   MISC. NO. B-02-025 |
| | *   (Mag. No. B-02-1509M) |
| JESUS VENEGAS PALOMARES | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## MOTION HEARING

November 26, 2002, 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE JOHN WM. BLACK**

PLACE:   U.S. Federal Building & Courthouse, 2nd Floor
600 E. Harrison
Brownsville, Texas 78520

**BY ORDER OF THE COURT**

November 20, 2002

cc:   Jesus Venegas Palomares
Hector A. Casas, AFPD
U.S. Attorney
PSA