UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | B-02-MC-025 |
| | | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * | |

**MOTION OF THE UNITED STATES**
**TO WITHDRAW PROVISIONAL ARREST WARRANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America for the Southern District of Texas, by and through Assistant United States Attorney Ricardo Lara, and files this its Motion to Withdraw Provisional Arrest Warrant, and respectfully shows unto the Court as follows:

The United States requests that the Provisional Arrest Warrant issued as to the above-captioned defendant be withdrawn for the reason the Mexican authorities were never able to provide for his proper identification .

WHEREFORE, PREMISES CONSIDERED, the United States prays that its motion be granted.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
RICARDO LARA
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of Nov., 2001, a copy of Government's Motion To Dismiss Indictment was mailed to Hector Casas, Assistant Federal Public Defender, 600 E. Harrison, Brownsville, Texas 78520.

_____
RICARDO LARA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | * B-02-MC-025 |
| | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * |

### ORDER

Upon consideration of Government's Motion To Withdraw Provisional Arrest Warrant, said motion is hereby GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the provisional warrant issued as to the above-captioned defendant is hereby withdrawn.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to counsel for defendant and to the United States Marshal for the Southern District of Texas.

Done at Brownsville, Texas, this the ___ day of November, 2002.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE