UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED ENTERED
NOV 2 5 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | B-02-MC-025 |
| | | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * | |

## ORDER

Upon consideration of Government's Motion To Withdraw Provisional Arrest Warrant, said motion is hereby GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the provisional warrant issued as to the above-captioned defendant is hereby withdrawn.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to counsel for defendant and to the United States Marshal for the Southern District of Texas.

Done at Brownsville, Texas, this the 25 day of November, 2002.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE