UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | B-02-MC-025 |
| | | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * | |

**MOTION OF THE UNITED STATES
TO DISMISS COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America for the Southern District of Texas, by and through Assistant United States Attorney Ricardo Lara, and files this its Motion to Dismiss Complaint For Provisional Arrest with a View Towards Extradition and respectfully shows unto the Court as follows:

The United States requests that the Complaint for Provisional Arrest Warrant filed on September 30, 2002, be dismissed for the reason the Mexican authorities were never able to provide for his proper identification .

WHEREFORE, PREMISES CONSIDERED, the United States prays that its motion be granted.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
RICARDO LARA
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of Dec., 2002, a copy of Government's Motion To Dismiss Complaint was mailed to Hector Casas, Assistant Federal Public Defender, 600 E. Harrison, Brownsville, Texas 78520.

_____
RICARDO LARA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | *   B-02-MC-025 |
| | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * |

## ORDER

Upon consideration of Government's Motion To Dismiss Complaint For Provisional Arrest Warrant, said motion is hereby GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the complaint for Provisional Arrest with a View Towards Extradition filed as to the above-captioned defendant is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to counsel for defendant and to the United States Marshal for the Southern District of Texas.

Done at Brownsville, Texas, this the ___ day of December, 2002.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE