UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS | * | B-02-MC-025 |
| | | (MAG. NO. B-02-1509-M) |
| JESUS VENEGAS PALOMARES | * | |

## ORDER

Upon consideration of Government's Motion To Dismiss Complaint For Provisional Arrest Warrant, said motion is hereby GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the complaint for Provisional Arrest with a View Towards Extradition filed as to the above-captioned defendant is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to counsel for defendant and to the United States Marshal for the Southern District of Texas.

Done at Brownsville, Texas, this the 4 day of December, 2002.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE